# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ernest Guerrier ) | Case No: 4:97-CR-47-1H |
| ) | USM No: 17561-056 |
| Date of Previous Judgment: June 22, 1998 ) | Thomas P. McNamara |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  163  months is reduced to  126 months* .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Pursuant to 5G1.3(b)(1), the defendant received credit for 25 months served in state custody on a related offense. A 25-month reduction from the sentencing range results in a sentence of 126 months.

*If this sentence exceeds the amount of time the defendant has already served, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendants.

Except as provided above, all provisions of the judgment dated  June 22, 1998  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  3/3/08                               _____
                                                                   Judge's signature

Effective Date: _____